UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DUSTIN BURNHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-cv-00196-JAW |
| | ) | |
| PORTLAND HOUSING | ) | |
| AUTHORITY et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed her Recommended Decision with the Court on June 18, 2024. *Report and Recommended Decision* (ECF No. 9) (*Recommended Decision*). Plaintiff Dustin Burnham filed an objection to the Recommended Decision on June 25, 2024. *Def.'s Obj. to the Magistrate Judge's Report and Recommended Decision* (ECF No. 10) (*Def.'s Obj.*). The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determines that no further proceeding is necessary.

Mr. Burnham's filing does not point to any error in the Magistrate Judge's analysis and the Court finds none. The Court therefore ORDERS that the Report and Recommended Decision of the Magistrate Judge (ECF No. 9) is hereby AFFIRMED.

SO ORDERED.

                                    /s/ John A. Woodcock, Jr.
                                    JOHN A. WOODCOCK, JR.
                                    UNITED STATES DISTRICT JUDGE

Dated this 16th day of July, 2024