UNITED STATES DISTRICT COURT
DISTRICT OF MAINE


DUSTIN BURNHAM                     )
                                   )
Plaintiff,                         )
                                   )
v.                                 )   CIVIL NO. 2:24-cv-00196-JAW
                                   )
PORTLAND  HOUSING  AUTHORITY,      )
et al.                             )
Defendant(s),                      )


JUDGMENT OF DISMISSAL


In accordance with the Order Affirming the Recommended Decision of the

Magistrate Judge entered by U.S. District Judge John A. Woodcock, Jr. on July 16, 2024,

JUDGMENT of Dismissal is hereby entered.



                              CHRISTA K. BERRY
                              CLERK



                       By:    /s/ Joanne McCue
                              Deputy Clerk


Dated: July 17, 2024